■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY HEWLETT.— Enlargement of time granted. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ THERESA D. GREENE v. UNITED MUTUAL LIFE INSURANCE COMPANY.— Motion to dispense with printing granted insofar as to dispense with the printing of the respondent's points on condition that respondent serves one typewritten copy of her respondent's points upon the attorney for appellant and files six typewritten copies of her respondent's points with this court on or before noon on February 5, 1962. The appeal will remain on the February 6, 1962 Non-Enumerated Calendar of this court. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

## SECOND DEPARTMENT, JANUARY, 1962

### (January 2, 1962)

■ BENJAMIN SCHWARTZ, Appellant, v. GEORGE PERLMAN et al., Respondents.— Motion by appellant for a stay, pending appeal. Motion denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

### (January 4, 1962)

■ FRANK J. FAUCI, as Guardian ad Litem of CLAUDIA M. FAUCI, an Infant, Respondent, v. THERESA MILANO et al., Appellants.— Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before January 16, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of FRANK D. BANTA, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion by petitioner for leave to dispense with printing and for a stay pending the determination of this proceeding. Motion denied, without prejudice to renew, if petitioner be so advised, upon proper papers showing petitioner's indigency. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ HAROLD WILHELM, JR., an Infant, et al., Respondents, v. CITY OF NEW YORK, Defendant, and BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Motion by respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 5, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.